IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BERNARDS BYAIS                                                                                    PLAINTIFF

V.                                            NO. 3:14CV0006JTK

CAROLYN W. COLVIN, Acting Commissioner of
Social Security Administration                                                               DEFENDANT

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this day, it is presented to the Court, the plaintiff's motion to dismiss this civil action because on January 23, 2014, the Appeals Council vacated their December 23, 2013, denial which was the subject of this civil action, and issued a new decision denying plaintiff's claim for disability benefits. Plaintiff subsequently appealed that denial notice under civil action No. 3:14CV00041JTK, and wishes to proceed with his appeal under that case number.

IT IS, THEREFORE, CONSIDERED, ORDERED AND ADJUDGED that this case be dismissed without prejudice, and the same is hereby dismissed.

_____
U.S. Magistrate Judge

Entered: March 17, 2014